IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN ANJUM KHAN,<br><br>                Petitioner,<br><br>vs.<br><br>RAUL LOPEZ, Warden,<br><br>                Respondent. | No. C 10-03949 JF (PR)<br><br>[proposed] **ORDER PERMITTING SUBSTITUTION OF COUNSEL** |

FOR GOOD CAUSE SHOWN, Petitioner's motion to substitute Marc Zilversmit as his counsel is GRANTED.

Dated: April 3, 2012

_____
Hon. Edward J. Davila
U.S. District Court Judge